# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　Magistrate No. 22-1080

v.

DALES GRAVES

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __5th__ day of __May__, 2022

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　　/s/ Matthew J. Skahill
　　　　　　　　　　　　　　　　　HONORABLE MATTHEW J. SKAHILL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE